

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2018

No. 04-18-00392-CR

**STATE** of Texas,
Appellant

v.

Lee Allison **GOINS**,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2733
Honorable Joey Contreras, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on November 30, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2018.

_____
Keith E. Hottle
Clerk of Court